Michele Ballard Miller (SBN 104198)
mbm@millerlawgroup.com
Katherine L. Kettler (SBN 231586)
klk@millerlawgroup.com
Jennifer A. Shy (SBN 131074)
jas@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants
AETNA LIFE INSURANCE COMPANY and
INTEL CORPORATION LONG TERM DISABILITY PLAN

Glenn R. Kantor (SBN 122643)
gkantor@kantorlaw.net
Peter S. Sessions (SBN 193301)
psessions@kantorlaw.net
KANTOR & KANTOR
19839 Nordhoff Street
Northridge, CA 91324
Tel. (818) 886-2525
Fax (818) 350-6261

Attorneys for Plaintiff
ALICIA MACKEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA MACKEY, | Case No.: CV 09 2288 ~~PJH~~ CRB |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |
| v. | |
| AETNA LIFE INSURANCE COMPANY; INTEL TOTAL COMPENSATION AND BENEFIT PACKAGE; INTEL CORPORATION LONG TERM DISABILITY PLAN, | Complaint filed: May 22, 2009 |
| Defendants. | |

1

Pursuant to N.D. Local CA Rule 6-1(a) the Parties, Plaintiff ALICIA MACKEY (hereinafter "Plaintiff") and Defendants AETNA LIFE INSURANCE COMPANY and INTEL CORPORATION LONG TERM DISABILITY PLAN (hereinafter jointly "Defendants"), by and through its undersigned attorneys, hereby stipulate and agree to extend the time within which Defendants will answer or otherwise respond to the complaint up to and including July 14, 2009.  This stipulation does not alter any court imposed deadlines.

Dated:  June 11, 2009                           KANTOR & KANTOR LLP


By:  _____/s/_____
    Peter S. Sessions
    Attorneys for ALICIA MACKEY

Dated:  June 11, 2009                           MILLER LAW GROUP
                                                A Professional Corporation


By:  _____/s/_____
    Katherine L. Kettler
    Attorneys for AETNA LIFE INSURANCE
    COMPANY and INTEL CORPORATION
    LONG TERM DISABILITY PLAN

Signed:  June 22, 2009

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
**Stipulation To Extend Time For Defendants To Respond To Complaint**
**Case No.: CV 09 2288**