Michele Ballard Miller (SBN 104198)
mbm@millerlawgroup.com
Katherine L. Kettler (SBN 231586)
klk@millerlawgroup.com
Jennifer A. Shy (SBN 131074)
jas@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
INTEL CORPORATION LONG TERM DISABILITY PLAN

Glenn R. Kantor (SBN 122643)
gkantor@kantorlaw.net
Peter S. Sessions (SBN 193301)
psessions@kantorlaw.net
KANTOR & KANTOR
19839 Nordhoff Street
Northridge, CA 91324
Tel. (818) 886-2525
Fax (818) 350-6261

Attorneys for Plaintiff
ALICIA MACKEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA MACKEY, | Case No.: CV 09 2288 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DATES** |
| v. | |
| AETNA LIFE INSURANCE COMPANY; INTEL TOTAL COMPENSATION AND BENEFIT PACKAGE; INTEL CORPORATION LONG TERM DISABILITY PLAN, | Complaint filed: May 22, 2009 |
| Defendants. | |

1

**Stipulation And [Proposed] Order To Continue Case Management Conference And Related Dates**
**Case No.: CV 09 2288 CRB**

Plaintiff ALICIA MACKEY ("Plaintiff") and Defendant INTEL CORPORATION LONG TERM DISABILITY PLAN ("Defendant"), by and through their respective undersigned attorneys, hereby stipulate and agree to continue the date of the Court's Initial Case Management Conference and all related dates, as well as the dates of the meet and confer and disclosures required by Federal Rules of Civil Procedure Rule 26, as set forth below.

WHEREAS, on May 22, 2009, the Court filed its Order Setting Initial Case Management Conference and ADR Deadlines;

WHEREAS, on June 22, 2009, the Court rescheduled the Initial Case Management Conference in this ERISA action for September 4, 2009 at 8:30 a.m. before the Honorable Charles R. Breyer (Docket Nos. 15, 15-1);

WHEREAS, the parties have not previously sought to continue or extend any of the deadlines in this ERISA action related to the Initial Case Management Conference and related dates, or disclosures required by Rule 26;

WHEREAS, the Court's Order Setting Case Management Conference (Docket No. 15-1) provides, in pertinent part, that "[i]f the conference is inconveniently scheduled, it may be rescheduled by stipulation and order to another date or time convenient to the Court's calendar";

WHEREAS, counsel for Defendant will be out of California and unavailable on a previously-scheduled vacation over the next two weeks, and counsel for the parties agree that it would facilitate efficient and expeditious Rule 26 disclosures, consideration of ADR options, and general scheduling in this ERISA action, to modify the current deadlines including the date set for the Initial Case Management Conference and related dates.

NOW, THEREFORE,

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, by and through their respective undersigned attorneys of record, to continue the date set by the Court for the Initial Case Management Conference as well as all related dates, including the dates related to the parties' meet and confer in accordance with FRCP Rule 26 and the parties' consideration and selection of an ADR process, as follows:

| | |
|---|---|
| September 16, 2009 | Last day for parties to: <ul><li>Meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan;</li><li>File ADR Certification signed by Parties and Counsel;</li><li>File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.</li></ul> |
| September 30, 2009 | Last day for parties to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Joint Case Management Conference Statement per Standing Order. |
| October 9, 2009 8:30 a.m. | Initial Case Management Conference in Courtroom 8, San Francisco at 8:30 a.m. |

Good cause exists for this continuance of the existing date of the Initial Case Management Conference and related deadlines, including the date of the parties' meet and confer in accordance with FRCP Rule 26 and the parties' consideration and selection of an ADR process Rule, as set forth above.

///

///

///

**IT IS SO STIPULATED.**

Dated:  August 7, 2009                              KANTOR & KANTOR LLP


                                                    By:  _____/s/_____
                                                         Peter S. Sessions
                                                         Attorneys for Plaintiff ALICIA MACKEY


Dated:  August 7, 2009                              MILLER LAW GROUP
                                                    A Professional Corporation


                                                    By:  _____/s/_____
                                                         Katherine L. Kettler
                                                         Attorneys for Defendant
                                                         INTEL CORPORATION LONG TERM
                                                         DISABILITY PLAN

///

///

///

**ORDER**

Having reviewed the Stipulation executed by Plaintiff ALICIA MACKEY and Defendant INTEL CORPORATION LONG TERM DISABILITY PLAN, and good cause appearing, the Court hereby orders that the Initial Case Management Conference and associated dates, including the deadlines for the parties' meet and confer in accordance with FRCP Rule 26 and the parties' consideration and selection of an ADR process, are VACATED, and are rescheduled as set forth below.

| | |
|---|---|
| September 16, 2009 | Last day for parties to: <ul><li>Meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan;</li><li>File ADR Certification signed by Parties and Counsel;</li><li>File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.</li></ul> |
| September 30, 2009 | Last day for parties to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Joint Case Management Conference Statement per Standing Order. |
| October 9, 2009 8:30 a.m. | Initial Case Management Conference in Courtroom 8, San Francisco at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated: __August 11, 2009__



The Honorable Charles R. Breyer
United States District Judge

**Stipulation And [Proposed] Order To Continue Case Management Conference And Related Dates**
**Case No.: CV 09 2288 CRB**