Michele Ballard Miller (SBN 104198)
mbm@millerlawgroup.com
Katherine L. Kettler (SBN 231586)
klk@millerlawgroup.com
Jennifer A. Shy (SBN 131074)
jas@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

E-filing

Attorneys for Defendant
INTEL CORPORATION LONG TERM DISABILITY PLAN

Glenn R. Kantor (SBN 122643)
gkantor@kantorlaw.net
Peter S. Sessions (SBN 193301)
psessions@kantorlaw.net
KANTOR & KANTOR
19839 Nordhoff Street
Northridge, California  91324
Telephone:  (818) 886-2525
Facsimile:  (818) 350-6272

Attorneys for Plaintiff ALICIA MACKEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA MACKEY,<br><br>             Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY;<br>INTEL TOTAL COMPENSATION AND<br>BENEFIT PACKAGE; INTEL CORPORATION<br>LONG TERM DISABILITY PLAN,<br><br>             Defendants. | Case No.: CV 09-2288 CRB<br><br>**AMENDED  STIPULATION  AND  [PROPOSED] ORDER EXTENDING CASE DEADLINES**<br><br>Complaint filed: May 22, 2009 |

1    WHEREAS, on October 9, 2009, the Court ordered that the parties, ALICIA
2 MACKEY ("Plaintiff") and Defendant INTEL CORPORATION LONG TERM DISABILITY
3 PLAN, (hereinafter "Defendant"), to file and serve their respective Cross-Motion for
4 Summary Judgment of the issues in this ERISA action, opposition briefs, and reply briefs in
5 accordance with a Motion for Summary Judgment hearing date of April 23, 2010;

7    WHEREAS, the parties have not previously sought to continue or extend any
8 of the deadlines in this ERISA action related to the filing of the parties' Cross-Motions for
9 Summary Judgment;

11    WHEREAS, the parties agree that since they are endeavoring to settle the
12 case by having the Plaintiff undergo further independent physical examination and
13 assessment, the current filing deadline should be modified to provide sufficient time for the
14 parties to resolve anticipated discovery disputes and prepare their respective Cross-Motions
15 for Summary Judgment, opposition and reply briefs; to extent such discovery and motions
16 remain necessary.

18    NOW, THEREFORE,

20    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and
21 Defendant, by and through their respective undersigned attorneys of record, to continue the
22 date set by the Court for hearing on the parties' Cross-Motions for Summary Judgment as
23 well as all associated deadlines, including the applicable deadlines for the filing of the
24 parties' opposition and reply briefs, and the date scheduled for the next Case Management
25 Conference to be set by the Court:

1
**AMENDED STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES**

| | |
|---|---|
| June 18, 2010 | Last day for the Parties to file and serve Cross-Motions for Summary Judgment. |
| July 2, 2010 | Last day for the parties to file and serve Opposition briefs. |
| July 9, 2010 | Last day for the parties to file and serve Reply briefs in support of their respective Cross-Motions for Summary Judgment. |
| July 23, 2010 10:00 a.m. | Hearing on the parties' Motions for Summary Judgment. |
| _____, 2010 8:30 a.m. | Case Management Conference. |

Good cause exists for this continuance of the existing deadline for filing the parties' Motions for Summary Judgment, and all associated deadlines, as set forth above.

**IT IS SO STIPULATED.**

Dated: December 29, 2009

MILLER LAW GROUP
A Professional Corporation

By: ___/s/___
Katherine L. Kettler
Attorneys for Defendant INTEL
CORPORATION LONG TERM
DISABILITY PLAN

Dated: December 29, 2009

KANTOR & KANTOR

By: ___/s/___
Glenn R. Kantor
Attorneys for Plaintiff ALICIA MACKEY

2
AMENDED STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES

## ORDER

Having reviewed the Stipulation executed by Plaintiff ALICIA MACKEY and Defendant INTEL CORPORATION LONG TERM DISABILITY PLAN and good cause appearing, the Court hereby orders that the April 23, 2009 hearing on the parties' Cross-Motions for Summary Judgment and associated dates, as well as the scheduled Case Management Conference, are VACATED, and are rescheduled pursuant to the schedule set forth below.

| | |
|---|---|
| June 18, 2010 | Last day for the parties to file and serve Cross-Motions for Summary Judgment. |
| July 2, 2010 | Last day for the parties to file and serve Opposition briefs. |
| July 9, 2010 | Last day for the parties to file and serve reply briefs support of their respective Cross-Motions for Summary Judgment. |
| July 23, 2010 10:00 a.m. | Hearing on the parties' Cross Motions for Summary Judgment. |
| JUL 23 2010, ~~2010~~ ~~8:30 a.m.~~ 10:00 a.m. | Case Management Conference. |

**IT IS SO ORDERED.**

Dated: DEC 3 1 2009

The Honorable Charles R. Breyer
United States District Court Judge

4845-3756-3909, v. 1