Glenn R. Kantor, State Bar No. 122643
*gkantor@kantorlaw.net*
Peter S. Sessions, State Bar No. 193301
*psessions@kantorlaw.net*
KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
ALICIA MACKEY

Michele Ballard Miller, State Bar No. 104198
*mbm@millerlawgroup.com*
Katherine L. Kettler, State Bar No. 231586
*klk@millerlawgroup.com*
Jennifer A. Shy, State Bar No. 131074
*jas@millerlawgroup.com*
MILLER LAW GROUP P.C.
111 Sutter Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 464-4300
Facsimile: (415) 464-4336

Attorneys for Defendant
INTEL CORPORATION LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA MACKEY,<br><br>          Plaintiff,<br><br>     vs.<br><br>AETNA LIFE INSURANCE COMPANY; INTEL TOTAL COMPENSATION AND BENEFIT PACKAGE; INTEL CORPORATION LONG TERM DISABILITY PLAN,<br><br>          Defendants. | Case No. CV 09-2288 CRB<br><br>**STIPULATION TO VACATE THE EXISTING CASE DEADLINES AND [PROPOSED] ORDER VACATING CASE DEADLINES** |

The parties to this action, Plaintiff Alicia Mackey and Defendant Intel Corporation Long Term Disability Plan (collectively "the parties"), through their respective attorneys of record, hereby stipulate and agree to the following:

1. This is an action for long term disability benefits under an employee welfare benefit plan regulated by the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001 *et seq.* ("ERISA");

2. The Court has granted one prior request by the parties to extend the case deadlines (see Docket No. 33, "Amended Stipulation And Order Extending Case Deadlines, December 31, 2009);

3. In the Court's December 31, 2009 Order, the Court set a hearing date for the parties' Cross-Motions for Summary Judgment of July 23, 2010, with the Cross-Motions to be filed by June 18, 2010;

4. The parties participated in an early neutral evaluation ("ENE") pursuant to the Court's ADR procedures on December 14, 2009;

5. While this matter was not resolved at the ENE session, the parties have engaged in continued good faith settlement discussions since that session, including discussions up to the date of this Stipulation;

6. The parties require additional time to continue their efforts to resolve this litigation without the need for filing Cross-Motions for Summary Judgment or further litigating the merits of this case;

7. Accordingly, the parties request that the Court vacate the current filing and hearing dates for the parties' Cross-Motions for Summary Judgment, as well as all associated deadlines, including the deadlines for the filing of the parties' opposition and reply briefs, and the date scheduled for the next Case Management Conference;

8. The parties further request that the Court give the parties two weeks' time to continue their efforts to finalize an agreement to resolve this litigation, until Friday, July 2,

2010, by which date the parties agree that they will file a further Stipulation and Proposed Order with the Court requesting a further Order of the Court, in the event such is needed, with regard to any resolution of this litigation, or requesting stipulated dates for the filing of Cross-Motions for Summary Judgment and associated deadlines, and for a further Case Management Conference.

Good cause exists for briefly vacating the deadlines for the parties' Cross-Motions for Summary Judgment, and all related deadlines, and for allowing the parties until July 2, 2010 to file a further Stipulation and Proposed Order with the Court.

IT IS SO STIPULATED:

Dated: June 14, 2010

MILLER LAW GROUP
A Professional Corporation

By:   /S/
Katherine L. Kettler
Attorneys for Defendant INTEL
CORPORATION LONG TERM
DISABILITY PLAN

Dated: June 14, 2010

KANTOR & KANTOR

By:   /S/
Peter S. Sessions
Attorneys for Plaintiff ALICIA MACKEY

**[PROPOSED] ORDER**

9.  Having reviewed the Stipulation executed by Plaintiff Alicia Mackey and Defendant Intel Corporation Long Term Disability Plan, and good cause appearing, the Court hereby orders that the July 23, 2010 hearing on the parties' Cross-Motions for Summary Judgment and associated dates, as well as the scheduled Case Management Conference are VACATED.  The Court further orders that the parties shall have until July 2, 2010 to file a further Stipulation and Proposed Order with the Court requesting a further Order of the Court, in the event such is needed, with regard to any resolution of this litigation, or requesting stipulated dates for the filing of Cross-Motions for Summary Judgment and associated deadlines, and for a further Case Management Conference.

IT IS SO ORDERED.

Dated: _____June 16_____, 2010



_____
The Honorable Charles R. Breyer
United States District Judge

4843-1848-1414, v. 1