Glenn R. Kantor, State Bar No. 122643
gkantor@kantorlaw.net
Peter S. Sessions, State Bar No. 193301
psessions@kantorlaw.net
KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
ALICIA MACKEY

Michele Ballard Miller, State Bar No. 104198
mbm@millerlawgroup.com
Katherine L. Kettler, State Bar No. 231586
klk@millerlawgroup.com
Jennifer A. Shy, State Bar No. 131074
jas@millerlawgroup.com
MILLER LAW GROUP P.C.
111 Sutter Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 464-4300
Facsimile: (415) 464-4336

Attorneys for Defendant
INTEL CORPORATION LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA MACKEY, | Case No. CV 09-2288 CRB |
| Plaintiff, | **FURTHER STIPULATION TO SET SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT; [PROPOSED] ORDER** |
| vs. | |
| AETNA LIFE INSURANCE COMPANY; INTEL TOTAL COMPENSATION AND BENEFIT PACKAGE; INTEL CORPORATION LONG TERM DISABILITY PLAN, | |
| Defendants. | |

The parties to this action, through their respective attorneys of record, hereby stipulate and agree to the following:

1. This is an action for long term disability benefits under an employee welfare benefit plan regulated by the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001 *et seq.* ("ERISA");

2. The Court has granted a prior request by the parties to extend the case deadlines (see Docket No. 33, "Amended Stipulation And Order Extending Case Deadlines," December 31, 2009);

3. In the Court's December 31, 2009 order, the Court set a hearing date for the parties' cross-motions for summary judgment of July 23, 2010, with motions to be filed by June 18, 2010;

4. The parties participated in an early neutral evaluation ("ENE") pursuant to the Court's ADR procedures on December 14, 2009;

5. While this matter was not resolved at the ENE session, the parties have conducted further settlement discussions since that session;

6. On June 16, 2010, pursuant to the parties' further stipulation (See Docket No. 35 "Stipulation to Vacate Existing Case Deadlines and Order Vacating Case Deadlines"), the Court vacated the schedule for briefing and hearing the parties' cross-motions for summary judgment, and ordered the parties to file a stipulation by July 2, 2010 updating the Court as to the parties' intentions regarding the progress of this action;

7. The parties continue to aggressively participate in settlement discussions and are pursuing various alternative dispute resolution options;

8. The parties have not yet resolved the procedural details of how these options would proceed, or under what conditions;

9. If the matter is not resolved pursuant to those discussions, the parties need sufficient time to resolve anticipated discovery disputes and prepare their respective Cross-Motions for Summary Judgment, opposition and reply briefs;

Therefore, the parties agree that, in order to accomplish these goals, the Court should further continue the date set for hearing on the parties' Cross-Motions for Summary Judgment, as well as all

associated deadlines, including the deadlines for the filing of the parties' opposition and reply briefs, and the date scheduled for the next Case Management Conference to be set by the Court, as follows:

    Last day for parties to file and serve cross-motions for summary judgment:

        January 14, 2011

    Last day for parties to file and serve opposition briefs:

        January 28, 2011

    Last day for parties to file and serve reply briefs:

        February 4, 2011

    Hearing on parties' cross-motions for summary judgment:

        February 18, 2011 at 10:00 a.m.

    Case management conference:

        February 18, 2011, at 10:00 a.m.

Good cause exists for this scheduling of the hearing on the parties' cross-motions for summary judgment, and all related deadlines, as set forth above.

IT IS SO STIPULATED:

Dated: July 2, 2010        MILLER LAW GROUP
A Professional Corporation

By:    */S/ Katherine L. Kettler*
    Katherine L. Kettler
    Attorneys for Defendant INTEL
    CORPORATION LONG TERM
    DISABILITY PLAN

Dated: July 2, 2010        KANTOR & KANTOR

By:    */S/ Peter S. Sessions*
    Peter S. Sessions
    Attorneys for Plaintiff ALICIA MACKEY

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, and good cause shown, the scheduling of the hearing on the parties' cross-motions for summary judgment is set as follows:

Last day for parties to file and serve cross-motions for summary judgment:

January 14, 2011

Last day for parties to file and serve opposition briefs:

January 28, 2011

Last day for parties to file and serve reply briefs:

February 4, 2011

Hearing on parties' cross-motions for summary judgment:

February 18, 2011 at 10:00 a.m.

Case management conference:

_____, 2011, at _____

It is so ordered.

Dated: _____July 8\_\_, 2010          _____
                                        The Honorable Charles R. Breyer
                                        United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California*