1 | Glenn R. Kantor, State Bar No. 122643
       gkantor@kantorlaw.net
2 | Peter S. Sessions, State Bar No. 193301
       psessions@kantorlaw.net
3 | KANTOR & KANTOR LLP
     19839 Nordhoff Street
4 | Northridge, California  91324
     Telephone: (818) 886-2525
5 | Facsimile: (818) 350-6272

6 | Attorneys for Plaintiff
     ALICIA MACKEY
7 |
8 | Katherine L. Kettler, State Bar No. 231586
       klk@millerlawgroup.com
     Jennifer A. Shy, State Bar No. 131074
9 |     jas@millerlawgroup.com
     MILLER LAW GROUP P.C.
10 | 111 Sutter Street, Suite 700
     San Francisco, CA  94104
11 | Telephone: (415) 464-4300
     Facsimile: (415) 464-4336
12 |
     Attorneys for Defendant
13 | INTEL CORPORATION LONG TERM DISABILITY PLAN

14 |

15 |

16 |                    UNITED STATES DISTRICT COURT

17 |                  NORTHERN DISTRICT OF CALIFORNIA

18 |

19 | ALICIA MACKEY,                              Case No. CV 09-2288 CRB

20 |
                 Plaintiff,              **STIPULATION AND [PROPOSED] ORDER
21 |                                      TO CONTINUE SCHEDULE FOR CROSS-
          vs.                             MOTIONS FOR SUMMARY JUDGMENT**
22 |

23 | AETNA LIFE INSURANCE COMPANY;
     INTEL TOTAL COMPENSATION AND
24 | BENEFIT PACKAGE; INTEL CORPORATION
     LONG TERM DISABILITY PLAN,
25 |

26 |              Defendants.

27 |

28 |

The parties to this action, Plaintiff Alicia Mackey and Defendant Intel Corporation Long Term Disability Plan (collectively "the parties"), through their respective attorneys of record, hereby stipulate and agree to the following:

1.     This is an action for long term disability ("LTD") benefits under an employee welfare benefit plan regulated by the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001 *et seq.* ("ERISA").

2.     The Court has previously set a schedule for cross-motions for summary judgment in this case, in which the parties would file their opening briefs on January 14, 2011, opposition briefs on January 28, 2011, reply briefs on February 4, 2011, with a hearing set for February 18, 2011, at 10:00 a.m. (see Docket No. 37, "Further Stipulation to Set Schedule for Cross-Motions for Summary Judgment," July 8, 2010).

3.     As the Court is aware from prior filings, the parties participated in an early neutral evaluation ("ENE") pursuant to the Court's ADR procedures on December 14, 2009.

4.     While this matter was not resolved at the ENE session, the parties conducted further significant and substantive settlement discussions after that session.

5.     As part of those discussions, the parties agreed to jointly retain a board-certified physician to conduct an in-person Independent Medical Examination ("IME") of Plaintiff.

///
///
///

6.      The parties further agreed that Aetna, the claims administrator for the LTD plan, would review the IME report prepared by the physician, and conduct a re-review of Plaintiff's appeal.

7.      The parties further agreed that the outcome of Aetna's re-review would determine whether the case will be dismissed or presented to the Court for further review.

8.      The discussion and negotiation over the parameters of this agreement, the discussion regarding which physician should conduct the examination, the scheduling and completion of the IME and Aetna's now-pending review of the IME report, have consumed considerable time.  Currently, Aetna is performing its review, and the parties anticipate receiving a decision from Aetna within the next couple of weeks.

9.      Because the parties have devoted their energies to attempting to resolve this matter without further assistance from the Court, and are currently awaiting the results of those efforts, they do not wish to burden the Court and expend potentially unnecessary resources in preparing the briefing as currently scheduled by the Court.

10.      However, if the matter is not resolved pursuant to the parties' settlement efforts, the parties wish to have sufficient time to resolve anticipated discovery disputes and prepare their respective cross-motions for summary judgment, opposition, and reply briefs; to extent such discovery and motions remain necessary.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, by and through their respective undersigned attorneys of record, to continue the date set for hearing on the parties' cross-motions for summary judgment, as well as all associated deadlines, including the deadlines for the filing of the parties' opposition and

reply briefs, and the date scheduled for the next Case Management Conference to be set by the Court, as follows:

Last day for parties to file and serve cross-motions for summary judgment:

May 11, 2011

Last day for parties to file and serve opposition briefs:

May 25, 2011

Last day for parties to file and serve reply briefs:

June 1, 2011

Hearing on parties' cross-motions for summary judgment:

June 17, 2011 at 10:00 a.m.

Case Management Conference:

_____ June 17, 2011 _____, 2011, at _ 10:00 a.m. _____

///

///

///

///

///

///

///

///

///

///

///

///

///

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULE FOR**
**CROSS-MOTIONS FOR SUMMARY JUDGMENT**
**Case No. CV 09-2288 CRB**

Good cause exists for this continuance of the existing deadline for filing the parties' cross-motions for summary judgment, and all associated deadlines, as well as the next Case Management Conference, as set forth above.

IT IS SO STIPULATED:


Dated:  December 13, 2010                    MILLER LAW GROUP
                                             A Professional Corporation


                                             By: /s/ Katherine L. Kettler
                                                 Katherine L. Kettler
                                                 Attorneys for Defendant
                                                 INTEL CORPORATION LONG TERM
                                                 DISABILITY PLAN



Dated:  December 13, 2010                    KANTOR & KANTOR, LLP


                                             By: /s/ Peter S. Sessions
                                                 Glenn R. Kantor
                                                 Peter S. Sessions
                                                 Attorneys for Plaintiff
                                                 ALICIA MACKEY

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULE FOR
CROSS-MOTIONS FOR SUMMARY JUDGMENT
Case No. CV 09-2288 CRB

1
2

# ~~[PROPOSED]~~ ORDER

3          Pursuant to the parties' stipulation, and good cause shown, the scheduling of
4  the hearing on the parties' cross-motions for summary judgment, and all associated
5  deadlines, are  set as follows:

6          Last day for parties to file and serve cross-motions for summary judgment:

7                  May 11, 2011

8          Last day for parties to file and serve opposition briefs:

9                  May 25, 2011

10          Last day for parties to file and serve reply briefs:

11                  June 1, 2011

12          Hearing on parties' cross-motions for summary judgment:

13                  June 17, 2011 at 10:00 a.m.

14          Case Management Conference:

15                  June 17, 2011 _____, 2011, at _ 10:00 a.m. ____

16

17      IT IS SO ORDERED.

18

19  Dated: __ December 14, 2010

20                                              The Honorable _____
21                                              United S_____

22

23

24

25

26

27

28

IT IS SO ORDERED

Judge Charles R. Breyer

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULE FOR
CROSS-MOTIONS FOR SUMMARY JUDGMENT
Case No. CV 09-2288 CRB