1 | Glenn R. Kantor, State Bar No. 122643
     gkantor@kantorlaw.net
2 | Peter S. Sessions, State Bar No. 193301
     psessions@kantorlaw.net
3 | KANTOR & KANTOR LLP
    19839 Nordhoff Street
4 | Northridge, California 91324
    Telephone: (818) 886-2525
5 | Facsimile: (818) 350-6272

6 | Attorneys for Plaintiff
    ALICIA MACKEY
7 |
    Katherine L. Kettler, State Bar No. 231586
8 |    klk@millerlawgroup.com
    Jennifer A. Shy, State Bar No. 131074
9 |    jas@millerlawgroup.com
    MILLER LAW GROUP P.C.
10 | 111 Sutter Street, Suite 700
     San Francisco, CA 94104
11 | Telephone: (415) 464-4300
     Facsimile: (415) 464-4336
12 |
     Attorneys for Defendant
13 | INTEL CORPORATION LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA MACKEY, | Case No. CV 09-2288 CRB |
| Plaintiff, | **STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |
| vs. | |
| AETNA LIFE INSURANCE COMPANY; INTEL TOTAL COMPENSATION AND BENEFIT PACKAGE; INTEL CORPORATION LONG TERM DISABILITY PLAN, | |
| Defendants. | |

**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER**
**Case No. CV 09-2288 CRB**

The parties, by and through their respective counsel of record, hereby stipulate to dismiss this entire action with prejudice.  Each party is to bear its own costs and fees.

The Clerk shall close the file.  All deadlines are hereby VACATED.

Dated:  January 27, 2011                                    MILLER LAW GROUP
                                                            A Professional Corporation


                                                            By:        /s/
                                                                Katherine L. Kettler
                                                                Attorneys for Defendant
                                                                INTEL CORPORATION LONG TERM
                                                                DISABILITY PLAN


Dated:  January 27, 2011                                    KANTOR & KANTOR, LLP


                                                            By:        /s/
                                                                Glenn R. Kantor
                                                                Peter S. Sessions
                                                                Attorneys for Plaintiff
                                                                ALICIA MACKEY

1  IT IS SO ORDERED.

3  Dated: _____ January 27 , 2011

   _____
   The Honorable Charles R. Breyer
   United States District Judge

   *IT IS SO ORDERED*
   *Judge Charles R. Breyer*
   *United States District Court, Northern District of California*

6  4813-0041-3448, v. 1